1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19                    CROSS-EXAMINATION

20   BY MS. NEDA:

21        Q.   Mr. Rodella, you said you provided

22   information that resulted in a supplemental report

23   being prepared?

24        A.   That's correct, Ms. Neda.

25        Q.   Did you prepare that supplemental report?



GOVERNMENT
EXHIBIT
5

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Yes, I did.

2     Q.   And you signed it?

3     A.   Yes, I did.

4     Q.   Okay.  Now, are you 100 percent certain

5 that your dad did not draw his firearm?

6     A.   I'm 110 percent sure, Ms. Neda.

7     Q.   And do you recall saying in your signed

8 statement that "While walking in front of the green

9 Mazda, I observed the male subject grabbing at my

10 father's drawn sidearm"?

11    A.   Yes, I did write that.  I never saw him

12 draw the firearm.  It was already drawn by the time

13 I got to the car.

14    Q.   Okay.  So you don't know when he drew it.

15    A.   I do not know.

16    Q.   Okay.  Now, you recall the interview with

17 Agent McCandless, you indicated.

18    A.   Yes, I remember.

19    Q.   He's an FBI agent.

20    A.   Yes, ma'am.

21    Q.   And he said, "But he never once draws his

22 weapon, even with a car hitting -- car darned near

23 hitting him, he never draws his weapon," and you

24 said, "No."  Did you mean to say no?

25    A.   I meant to say no.  I never saw him draw

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  it out.

2      Q.    Now, when you were interviewed, do you

3  remember that you wanted to read the supplemental?

4      A.    I recall.

5      Q.    Is that because you really didn't write

6  it?

7      A.    I did write it.

8      Q.    You know it's almost identical to your

9  father's supplemental; right?

10     A.    I recognize that.

11     Q.    The question was:  You know it's almost

12  identical.

13     A.    I'm sorry, I'm a little hard of hearing.

14     Q.    I'm sorry.  You know that your father's

15  account of this event and your account of this event

16  in the two separate supplementals are nearly

17  identical.

18     A.    Yes, I recognize that, because it was the

19  same incident.

20     Q.    Now, also, didn't FBI Agent Drew

21  McCandless ask you if you would take him to the

22  place where this happened to search for the white

23  car in that little neighborhood there?

24     A.    I remember him bringing up that point.

25     Q.    You brought it up twice; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   I'm not too sure how many times.

2     Q.   Okay.  And when he brought it up, you

3 declined; right?

4     A.   I did not decline.  I said it would be

5 hard to do so.

6     Q.   It would be hard to do so, but today

7 you're 100 percent certain where the event occurred;

8 right?

9     A.   Yes.

10    Q.   But you weren't 100 percent certain then.

11    A.   I was 100 percent certain of where it

12 happened.  I was not 100 percent sure that we'd find

13 the car.

14    Q.   Did you also indicate in your interview

15 that you and your father were concerned that the

16 victim Michael Tafoya might be drunk?

17         MR. GORENCE:  Your Honor, he's not a

18 victim.  That's what this case is about.  And Ms.

19 Neda has been -- could you instruct her not to use

20 that term again?

21         THE COURT:  Well, don't use it at this

22 point.  I'll allow you to use it in argument.  But

23 let's don't use it in cross-examination.

24    Q.   (By Ms. Neda)  My question again is:  You

25 were concerned that Michael Tafoya might be drunk?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

 

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   That was one of the concerns, yes.

2     Q.   But no one conducted a sobriety test of

3 Michael Tafoya, at least in your presence?

4     A.   That wasn't the main reason for pulling

5 him over.  We weren't sure what was going on.  That

6 was one of the assumptions.  But it wasn't

7 recognized that there was alcohol on his breath or

8 any identification of him being drunk.

9     Q.   What about drugs?  Can you smell drugs?

10    A.   Marijuana you can, but I'm not too sure

11 about other drugs.

12    Q.   Okay.  So no one conducted a sobriety

13 test, is that right, at the scene?

14    A.   That's correct.  From what I understand,

15 the officers didn't see it necessary because they

16 didn't see any signification that he was under the

17 influence.

18    Q.   And you know that because you have read

19 their interview reports and talked to them?

20    A.   No, I have not talked to them about this.

21    Q.   Then why are you testifying that they

22 didn't see anything and that they determined it was

23 not necessary?

24         MR. GORENCE:  Your Honor, I'm going to say

25 that's improper.  She asked the question --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        THE COURT:  It's a proper cross.

2   Overruled.

3        Q.   (By Ms. Neda)  Do you understand that

4   question?  You just said what law enforcement

5   officers decided to do and why they decided to do

6   it.  How do you know that, if you never talked to

7   them?

8        A.   Because I was at the same scene.

9        Q.   And they all said it was not necessary to

10  conduct a sobriety test in your presence?

11       A.   Yes, assuming that it was unnecessary

12  because it wasn't conducted.

13       Q.   I didn't ask you whether or not it was

14  conducted.  We know it was not conducted.  My

15  question is:  You are talking about the state of

16  mind of various police officers.  I'm asking you

17  what your basis for testifying to that is, if you

18  never talked to them about this or read their

19  interview reports.

20       A.   I'm not sure what you're asking, ma'am.

21       Q.   But you're 100 percent sure that in their

22  mind they felt it unnecessary to conduct a sobriety

23  test.

24       A.   I didn't see them conduct it, so I didn't

25  feel that they saw it necessary to, since they

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



1    didn't conduct it.

2        Q.    Okay.  You also, when you were

3    interviewed, stated you didn't have a gun on you

4    that night; right?

5        A.    No, I did not have a weapon.

6        Q.    Okay.  Now, you're aware now that

7    Lieutenant Randy Sanches has testified he saw you

8    with your weapon that night; right?

9        A.    Excuse me?

10       Q.    Lieutenant Randy Sanches testified he saw

11   you with the weapon.  Do you remember that?

12            MR. GORENCE:  I'm just going to object,

13   Your Honor.  He said he has a weapon.  He didn't

14   testify he had one that day.

15            THE COURT:  I'll let you clear it up on

16   redirect.

17            Ms. Neda.

18       Q.    (By Ms. Neda)  Lieutenant Randy Sanches --

19   do you know that he testified he saw you with your

20   weapon that night?

21       A.    I was not aware of that, no.

22       Q.    Okay.  And as a matter of fact, it is a

23   black square semiautomatic pistol.

24       A.    It's not square.

25       Q.    Okay.  Is it a black semiautomatic pistol?

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                       201 Third NW, Suite 1630
Santa Fe, NM 87501                                Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                          1-800-669-9492

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE
e-mail: info@litsupport.com

1     A.   Yes, it is.

2     Q.   Now, you say you didn't have it that

3   night; right?

4     A.   That's correct.

5     Q.   So Sanches is wrong; right?

6     A.   Yes.

7     Q.   Okay.  Now, haven't you stated in the past

8   that you are hypervigilant and you actually sleep

9   with your gun and that you have obsessive rituals

10  about it?

11          MR. GORENCE:  What page are you on,

12  Counsel?

13          MS. NEDA:  197.

14    A.   That's from a medical record.

15    Q.   (By Ms. Neda)  Sure is.  But we'll get

16  into that a lot more, but did you report that you

17  sleep with your gun, you're so hypervigilant?

18    A.   Yes, I do.  That's a true statement.

19    Q.   Yes.  All right.  But on this particular

20  night you weren't feeling so hypervigilant.

21    A.   I didn't have my weapon because we were

22  just coming back from filing for candidacy.  I can't

23  carry a weapon inside the courtroom where they were

24  filing for candidacy, so I didn't see it necessary

25  for me to take a weapon.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.    And you can't leave a gun in the car?  Is

2   that unlawful?

3      A.    I just didn't take it.

4      Q.    Okay.  But you sleep with it.

5      A.    Yes, I do.

6      Q.    Now, also in your interview, you said that

7   you told Agent Drew McCandless that when you both

8   stopped on the side of 339, you could see through

9   your rear-view mirror that Michael Tafoya was

10  telling you guys to come on; is that right?

11     A.    He was telling my dad, as my dad exited

12  the vehicle.

13     Q.    "Come on."  Right?

14     A.    I couldn't see what he was saying.  I just

15  said that -- I saw a gesture that he was using his

16  hands.

17     Q.    To come on.  Is that what you told Drew

18  McCandless, who's an FBI agent?

19     A.    I'm not too sure.

20     Q.    Okay.  Is that a correct statement?

21          MR. GORENCE:  Counsel, what page, please?

22     Q.    Is it a correct statement?

23          MR. GORENCE:  Your Honor, she's referring

24  to --

25          MS. NEDA:  Your Honor, when I quote

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  something --

2          THE COURT:  When she quotes, she'll give

3  you the page.  She's not right now.  Overruled.

4      Q.  (By Ms. Neda)  Is that a correct

5  statement, that you saw in your rear-view mirror

6  Michael Tafoya motioning to your dad to come on?

7      A.  I saw him make a gesture as if to say,

8  "Come on."

9      Q.  Okay.  And did you also later say in your

10  interview that you felt that Michael Tafoya was

11  egging on you, egging on?  Did Agent McCandless ask

12  you that question?

13      A.  I don't recall that verbiage, no.

14      Q.  Okay.  Did he ask you, were you -- are you

15  saying that Michael Tafoya was egging you guys on?

16  Do you remember that question?

17      A.  I don't really recall that question, no.

18      Q.  Okay.  Were you?  Did you interpret

19  Mr. Tafoya as egging you and your father on?

20      A.  I never felt egged on.  My dad was the

21  only one outside of the vehicle, so I would take it

22  as him calling on my dad.

23      Q.  Okay.  And on page 44, Counsel, McCandless

24  says, "So he's actually trying to egg you guys on?"

25          Junior, you:  "Yeah.  Yeah."

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1            So do you agree with that?  That's how you

2    were interpreting what Michael Tafoya was doing?

3        A.    That he was egging my dad on, yes.

4        Q.    The question was, "You guys," by the way.

5            Okay.  So he's egging on your dad.  Now,

6    you have severe blurring.  You reported that to the

7    VA medical folks; right?

8        A.    I'm sorry, I didn't hear that.  Severe --

9        Q.    Sure.  Your vision is severely blurred;

10   right?

11       A.    It is somewhat blurred, yes.

12       Q.    Okay.  But you could look through your

13   rear-view mirror and see Michael Tafoya egging on

14   your father; right?

15       A.    With corrective lenses, yes.

16       Q.    And Michael Tafoya was inside the car;

17   right?

18       A.    Yes, he was.

19       Q.    Let me go through a few more things.  But

20   first, you testified that you are taking medication

21   merely for headaches; right?

22       A.    That certain medication for my TBI is for

23   headaches, yes.

24       Q.    Okay.  Now, one of the medications you're

25   taking -- and you were taking this on March 11 and

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  you're still taking it -- is bupropion; right?

2      A.    That's correct.

3      Q.    That's B-U-P-R-O-P-I-O-N; right?

4      A.    Something like that, yes, ma'am.

5  Bupropion.

6      Q.    You must realize that bupropion is not for

7  headaches.  It's used for treating psychiatric

8  disorders; right?

9      A.    Yes.  But I only indicated that propanolol

10 was only for my headaches resulting from the TBI.

11     Q.    In fact, you are suffering from a

12 psychiatric disorder; isn't that correct?

13     A.    Yes, I do suffer from PTSD.

14     Q.    In fact, you know that the United States

15 dismissed you from this indictment when it

16 discovered you had mental defects; is that correct?

17         MR. GORENCE:  Your Honor, that's not -- I

18 think that was -- that's inappropriate.  She's

19 testifying.

20         THE COURT:  He can answer the question, if

21 he can.  Overruled.

22     Q.    (By Ms. Neda)  Is that right?

23     A.    Can you ask again?  I'm sorry.

24     Q.    You know that the United States moved to

25 dismiss because it learned of your mental problems;

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   right?

2        A.   I didn't fully understand why the charges

3   were dropped, just that I couldn't make a mental

4   decision or something like that.

5        Q.   Okay.  And as the final order reads, you

6   were dismissed in the interests of justice; right?

7        A.   I believe that's what it says, yes.

8        Q.   And it was the United States that moved

9   for that dismissal; right?

10       A.   That's what I understand, yes.

11       Q.   Now, there are major -- well, let me first

12  say, you know that the use of bupropion is indicated

13  for the treatment of major depressive disorders;

14  right?

15       A.   I'm not too sure about what it does.  It

16  was just diagnosed for my PTSD.

17       Q.   Okay.  But it's not a headache medicine,

18  sir.  It's a psychiatric drug that affects your

19  mind, isn't it?

20       A.   I never called it a headache medicine.

21       Q.   Okay.  But am I right about the rest of

22  it?  It's a psychiatric medicine that affects your

23  mind?

24       A.   It's a psychiatric medicine, yes.

25       Q.   And that's not the only psychiatric

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 medicine you're taking; right?

2     A.   That's correct.

3     Q.   And you were taking these drugs on March

4 11; is that right, sir?

5     A.   Yes.

6     Q.   And you're still taking these drugs today.

7     A.   I have kind of slowed back on them, yes.

8     Q.   You're taking them right now. You're on

9 them right now.

10     A.   I have only taken propanolol today.

11     Q.   Okay. Well, let's go to -- what do you

12 mean, today? When is the last time you took

13 bupropion?

14     A.   Over a month ago.

15     Q.   And what about Remeron?

16     A.   Excuse me?

17     Q.   Remeron. You're also taking that; do you

18 know that? It's also called Mirtazapine?

19     A.   The Mirtazapine? Yes.

20     Q.   Yes. I'm sorry, I mispronounced it.

21 You're taking that, as well?

22     A.   That's a nighttime drug.

23     Q.   And that's for a major depression

24 disorder, not for a headache; right?

25     A.   My doctor made me understand that it was

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   for nightmares.

2       Q.   Okay.   But in any event, what these drugs

3   do is cause confusion; is that right?

4           MR. GORENCE:  Your Honor, there's no

5   foundation for that.

6           THE COURT:  Well, if he knows.

7       Q.   (By Ms. Neda)  If you know, does it cause

8   confusion?

9       A.   I have never had confusion resulting from

10  these drugs, no.

11      Q.   We'll get into your confusion.

12          MS. NEDA:  But Your Honor, this is a PDR

13  from which I'm reading, and the Court is entitled to

14  take judicial notice of what I'm stating.  Under --

15  if I may grab my -- under Rule 201(b)(2) -- and I

16  have a Tenth Circuit case -- we take judicial notice

17  of the Feldene medication with anti-inflammatory

18  qualities and properties from the PDR.  In other

19  words, taking the PDR's content under judicial

20  notice.  So at this time, I can cite the case Purkey

21  versus Green, Tenth Circuit, 2001, 28 Fed Appx. 736.

22          I have another one, but I think that's

23  sufficient and I do cite to the Court 201(b)(2).

24          MR. GORENCE:  Your Honor, if I could

25  respond, I have no doubt that a Physician's Desk

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Reference is authoritative.  The case law then says

2  you have to look at that along with dosage units and

3  have expert testimony.  Right now, Ms. Neda is

4  not -- I mean, you can talk about generic principles

5  of the drug, but as applied to an individual, what's

6  important is the quantity, when, where, and usually

7  it's the dosage, how many milligrams are being

8  prescribed.  That's what the case law says for which

9  Ms. Neda is -- we don't have any information as

10  applied to this patient.  So therefore, that's why

11  it's not authoritative.

12          MS. NEDA:  Mr. Gorence is referencing

13  803/18.  I'm not.  I'm relying --

14          THE COURT:  I'm not going to take judicial

15  notice of this fact.

16          MS. NEDA:  Okay.

17      Q.  (By Ms. Neda)  I will continue with

18  bupropion.  Are you aware that bupropion causes

19  delusions?

20          MR. GORENCE:  Again, my only objection is

21  that until she quantifies this with dosage units --

22          THE COURT:  No, she can ask the question

23  the way she wants.  Overruled.

24          MR. GORENCE:  Okay.

25      Q.  (By Ms. Neda)  Are you aware that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  bupropion causes delusions?

2      A.   I'm not aware of that.

3      Q.   What about hallucinations?  Are you aware

4  of that?

5      A.   No, I'm not.

6      Q.   But you have suffered hallucinations,

7  haven't you?

8      A.   No.

9      Q.   And delusions?

10      A.   No.

11      Q.   Didn't you tell the VA medical staff on

12  repeated occasions that you were in 60 air assaults?

13      A.   Yes.

14      Q.   But you weren't.  Do you know that?

15      A.   Yes, I was.

16      Q.   You also told the VA medical staff that

17  you were in a whole bunch of fire fights; right?

18      A.   I don't recall saying that I was in fire

19  fights.  I was around when people were firing.

20      Q.   You weren't in any fire fights; right?

21      A.   I never returned fire.

22      Q.   Because you saw the interview.  Did your

23  counsel show you the interview of your commanding

24  officer, Sergio Hand?

25          THE COURT:  Hold on.  Mr. Gorence.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MR. GORENCE:  May we approach, Your Honor?

2        THE COURT:  You may.

3            (The following proceedings were held at

4   the bench.)

5        THE COURT:  Bring your case up here, too.

6   I'll be glad to look at your case.  I'm not familiar

7   with the criminal case, the court taking judicial

8   notice of a fact, but I'd go glad to take a look at

9   it.  But you have an objection.

10       MR. GORENCE:  Well, just a couple of

11  things.  I'm not his lawyer, of course.  Mr. Bowles

12  is here.  After the dismissal, I don't think

13  Mr. Bowles received discovery.  I know his

14  commanding officer -- that interview was done on

15  August 25th, and I don't know when I received it,

16  but I would like -- I don't think Mr. Bowles got it.

17  I don't know if he's even seen it.

18           Next I'm only concerned on hearsay, if

19  they want to call him, but they can't say, you have

20  seen it, and try to elicit statements from -- it's

21  actually not quite his commanding officer, what I

22  understand.  But I don't know.  But these are going

23  to be eliciting hearsay statements and I don't want

24  to get -- my concern is she's going to say, "Isn't

25  it true your commanding officer said this, or said

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  this."

2          THE COURT:  Don't do that.

3          MS. NEDA:  Uh-huh.

4          THE COURT:  But the question that's here

5  right at the moment is an appropriate question, but

6  do avoid with your questions testifying about

7  hearsay statements.

8          MS. NEDA:  I will.  But Your Honor, I do

9  need to explore this, because it demonstrates lack

10 of --

11         THE COURT:  I'm not shutting you down.

12 I'm not shutting you down.  But be careful with

13 hearsay statements.  We don't need to have you

14 testifying, getting those statements out if they're

15 not admissible and there's no basis for him knowing

16 about it.

17         MS. NEDA:  May I ask him if he has seen it

18 and he agrees?

19         THE COURT:  Yes.  Your question is

20 appropriate.

21         MS. NEDA:  Okay.

22         MR. PENA:  Should I provide the case law

23 on the --

24         THE COURT:  Yes, if you got it, I'll take

25 a look at it.  Sure.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. PENA:  So we've got the citation the

2   Perky versus Green, which is 28 Fed. Appx. 736, star

3   4, note 4.  That's the Tenth Circuit 2001 case.

4          THE COURT:  Okay.

5          MR. PENA:  We have other -- just one

6   other.  US versus Moseley, 672 fed 3d 586, at 591,

7   which is an Eighth Circuit 2012 case.

8          THE COURT:  All right.

9          (The following proceedings were held in

10  open court.)

11         THE COURT:  All right, Ms. Neda.

12         MS. NEDA:  Thank you, Your Honor.

13     Q.  (By Ms. Neda)  I was asking you if you

14  have been shown your commanding officer's interview

15  named Captain Sergio Hand.

16     A.  I have never seen a copy of it, but I have

17  heard about it.

18     Q.  So you know what he says.

19     A.  I got just the gist of it.

20     Q.  And you still say today under oath that

21  you have been in fire fights?

22     A.  Excuse me?

23     Q.  And you still say today you have been in

24  fire fights?

25     A.  I have never returned fire, but I have

SANTA FE OFFICE                                          MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                            (505) 843-9494
FAX (505) 820-6349                                   FAX (505) 843-9492
                                                        1-800-669-9492
                                                 e-mail: info@litsupport.com



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 been fired upon, yes.

2     Q.   And does anybody say that's true, besides

3 you?

4     A.   Yes.

5     Q.   Sergio Hand?

6     A.   There's a soldier over there that was

7 deployed with me.

8     Q.   And the 60 air assaults?  What about the

9 60 air assaults?  You did those, as well?

10     A.   Yes.

11     Q.   This wasn't a war; this was 2011 in

12 Kosovo; is that right?

13     A.   That's correct.

14     Q.   Okay.  Now, do you also believe that you

15 were in Iraq?

16     A.   I never said I was in Iraq.

17     Q.   Okay.  Did you ask to look into filing a

18 claim for being subjected to chemicals in Iraq?

19     A.   I never said I was in Iraq.

20     Q.   Okay, but that was not my next question.

21 My next question:  Did you ask to look into a -- to

22 file a claim for chemical exposure in Iraq?

23     A.   I never said I was in Iraq, but yes, I did

24 look for a registry that I had seen on TV about

25 being introduced to chemical...

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.   Okay.  Now, you have repeatedly reported

2  that your concentration is very poor.  You rate it

3  as severe.  Do you agree that you reported that?

4     A.   Before I got on medication, yes.

5     Q.   Well, no, you have been on medication --

6  you were on medication in March 2014; right?

7     A.   I should have been, yes.

8     Q.   You were on.  The most recent statement

9  was June 2014.  Did you make that -- that you have

10  severe concentration problems?

11     A.   Sometimes I do, yes.

12     Q.   Severe?

13     A.   When they happen, yes.

14     Q.   In fact, in that same session, did you not

15  report that your irritability gets really bad and

16  it's a problem always?  Did you tell them that?

17     A.   Yes.

18     Q.   You're easily annoyed; is that correct?

19     A.   Some instances, yes.

20     Q.   Well, not some.  Didn't you say that

21  "That's pretty much everything I do.  I suffer from

22  those problems," quote/unquote.  "Pretty much

23  everything I do"?

24     A.   Yes.

25     Q.   Okay.  And also in your life, pretty much

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 everything you do, you suffer from the poor

2 concentration that we've already talked about;

3 right?

4     A.   Oh, yes.

5     Q.   Okay.  And then you have problems with

6 your memory.  Although I heard you testify earlier

7 you don't, but you have difficulties with your

8 memory, don't you?  Both short- and long-term and

9 you have reported that, didn't you?

10     A.   Not that I recall, no.

11     Q.   Okay.

12         MR. GORENCE:  Your Honor?  At this point

13 can I get a copy of the -- can we approach for a

14 second?

15         THE COURT:  You may.

16         (The following proceedings were held at

17 the bench.)

18         THE COURT:  Do you have a copy of it?

19         MR. GORENCE:  I know they were provided to

20 Mr. Bowles and then the case was dismissed.  I have

21 never seen the medical reports and she's

22 cross-examining on it, and I would like all of them.

23         MS. NEDA:  That's right, I am

24 cross-examining him.  I gave it to Mr. Bowles and I

25 said, "Please give this to Mr. Gorence.  I don't



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1   want to make that decision of invading the privacy

2   of his client."

3            Now, you know Mr. Bowles and Mr. Gorence

4   work together.  And you know Mr. Gorence knew full

5   well I was going to come in here with this

6   information.  So once again, my direct

7   examination -- excuse me, my cross-examination --

8            THE COURT:  Mr. Bowles?  Mr. Bowles?

9            MR. BOWLES:  Yes, Your Honor.

10           (Mr. Bowles approached the bench.)

11           THE COURT:  Do you have them in a nice

12   little set I could Xerox?

13           MS. NEDA:  I don't.  I have one set.

14           THE COURT:  Do you have a set, though,

15   that you can hand --

16           MS. NEDA:  It's this, and I have it all

17   tabbed.  So Mr. Bowles can provide a set if he has

18   it.

19           THE COURT:  Do you have any problem with

20   the Government giving Mr. Gorence a copy of

21   Mr. Rodella, Jr.'s medical records?

22           MR. BOWLES:  No, Your Honor.

23           THE COURT:  All right.  Well, I got to get

24   a set into his hands.  Do you have the set that was

25   given to --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          MR. BOWLES:  I do, and they're at my

2   office.

3          THE COURT:  At your office?

4          MR. BOWLES:  I could have somebody get

5   them.  They're at the Bank of the West.  I could

6   have somebody bring them over.

7          THE COURT:  Can you do that?  Is it a

8   complete set?  It's pretty intact?

9          MR. BOWLES:  Yes, Your Honor.  Ms. Neda

10  e-mailed those to me, so I could just hit the

11  attachment.  I think they're already printed.

12         THE COURT:  Are you going through the

13  medical records right now?

14         MS. NEDA:  That's what I'm doing right

15  now.

16         THE COURT:  Was it sent by e-mail?

17         MS. NEDA:  Yes.

18         THE COURT:  Can you just have them e-mail

19  it to her?  Can you have somebody e-mail it to

20  Ms. Wild.

21         MS. NEDA:  I would prefer Mr. Bowles do

22  that.

23         MR. BOWLES:  I can do that.

24         THE COURT:  You can have it e-mailed to

25  Ms. Wild.  Send it protected.  We'll print it out

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  for you.

2          MR. GORENCE:  That's all I want.

3          THE COURT:  In the meantime, if you need

4  to look at a medical thing, medical document, so we

5  don't slow down, and have anything, if you need to

6  see it, you'll just have to show it to him until we

7  get it over here.

8          MS. NEDA:  That's going to ruin my flow,

9  Your Honor, as I'm sure you well know.

10         THE COURT:  Well, I'm trying to avoid

11  that.  Be judicious in what you ask for.

12         MS. NEDA:  I would rather do a break

13  instead, Your Honor.  This is cross-examination.

14  There's no requirement that I give it to him, but I

15  did give it to Mr. Bowles, telling him if he wished,

16  he could give it to Mr. Gorence.

17         THE COURT:  Hold on a second.  Let's not

18  waste Mr. Bowles' time.

19         Why don't you go make that call real quick

20  and get it here.

21         MR. GORENCE:  I would just like -- if

22  she's referring to them as if they're fact, I need

23  to see that, Your Honor, and I didn't -- I just

24  don't have a copy.  I have never been provided a

25  copy by Mr. Bowles.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

```
 1            THE COURT:  Let me do this.  To keep
 2   things moving a little bit, what do you got, maybe
 3   like 20 you're going to go through, the next ten, or
 4   something like that?  If you just got a few, I could
 5   make, you know, seven or eight pages --
 6            MS. NEDA:  There's a lot.  There's a lot,
 7   Your Honor.
 8            THE COURT:  Well, I know there's a lot.
 9   But I mean, do you have them in sort of an order
10   that you're using so that we could just make a quick
11   set?
12            MS. NEDA:  Your Honor, there are a lot of
13   quotes.  There's cross checks.  I want to make
14   certain that I put the proper time frame when he
15   makes these complaints.  Mr. Gorence, as long as
16   Mr. Bowles doesn't object, can have a full set, and
17   if I quote -- if I quote --
18            THE COURT:  I'm not saying to get him a
19   full set.  I'm wondering, so we can keep things
20   moving along, if you're going to question him about,
21   you know, the next ten pages, Ms. Wild could go take
22   those ten and make a quick copy.
23            MS. NEDA:  Yes.  And I understand exactly
24   what you're saying.  But that's not the way it is.
25            THE COURT:  So what do you want to do?
```

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Keep questioning and --

2            MS. NEDA:  No.  If it's permissible, maybe

3    can he -- it doesn't take long to have it e-mailed

4    and printed.  Maybe we should just take a 15-minute

5    break and permit Mr. Gorence to get a complete copy,

6    because I'm going to be going back and forth from

7    one page to the next, and only at times do I quote

8    it, does he really need it, and I haven't yet really

9    quoted much.

10           THE COURT:  Okay.  All right.

11           MS. NEDA:  And in the meantime, Your

12   Honor, I don't want to be presumptuous, but maybe we

13   could take a look at the PDR issue.

14           THE COURT:  PDR.

15           MR. GORENCE:  The Physician Desk

16   Reference.

17           THE COURT:  Okay.

18           (The following proceedings were held in

19   open court.)

20           THE COURT:  All right.  Let's take a short

21   break.  We need to get some documents in everybody's

22   hands here, so we'll be in recess for a few minutes.

23   All rise.

24           (Non-testimony material deleted.)

25           THE COURT:  All right.  Everyone be

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  seated.

2        All right, Ms. Neda, if you wish to

3  continue your cross-examination.

4        Mr. Rodella, I remind you you're still

5  under oath.

6        THE WITNESS:  Yes, Your Honor.

7               CONTINUED CROSS-EXAMINATION

8  BY MS. NEDA:

9     Q.   Mr. Rodella, since everything's gotten a

10  little disjointed here, let me just ask you again,

11  you have complained repeatedly of poor concentration

12  to your doctors, your psychiatrists; right?

13    A.   Yes, I have.

14    Q.   And you have indicated it's very difficult

15  for you to do day-to-day tasks because of that.

16    A.   Yes.

17    Q.   And it's difficult for you to get along

18  with people at times.

19    A.   Sometimes, ma'am.

20    Q.   And you have indicated that you -- if you

21  had to classify, you would classify it as severe.

22  Your poor concentration.

23    A.   Most of the time, yes, ma'am.

24    Q.   Okay.  With respect to your irritability,

25  at times that really gets bad; right?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Sometimes, yes, ma'am.

2     Q.   And when you classify it, you classify it,

3  your irritability, as severe; is that right?

4     A.   Yes, most of the time, yes, ma'am.

5     Q.   And you have indicated that your -- just

6  like your severe poor concentration problem, your

7  severe irritability problem affects you in your life

8  in pretty much everything you do.

9     A.   Yes, most things I do, yes, ma'am.

10     Q.   Now, let's move on to your memory.  You

11  have problems with your memory; right?

12     A.   Not too much, ma'am.

13     Q.   Okay.  Let me go through that then slowly.

14  My slight delay is because of all the argument going

15  on while the jury was out, I don't have my notes.

16          So just give me a second here.  All right.

17  Let's move on to memory.  Let's see.  You have

18  reported memory problems to your psychiatrist.

19     A.   I had, and they gave me an initial test,

20  and they found nothing wrong with my memory, ma'am.

21     Q.   Okay.  Go to -- well, as of January 2014,

22  you said they found no problem with your memory?

23     A.   That's what the doctor had told me, ma'am.

24     Q.   Are you sure they did not find an

25  impairment of short- and long-term memory?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     A.   Not to my recollection, ma'am.  He said

2   there was nothing wrong with my memory.

3     Q.   Okay.  Would it help if you looked at that

4   to refresh your recollection?

5     A.   It might.

6          MS. NEDA:  If I may approach?

7          THE COURT:  You may.

8          MR. GORENCE:  May I see what you're

9   showing him?

10          MS. NEDA:  Page 201.

11     Q.   (By Ms. Neda)  I highlighted it.  It

12   doesn't look like this in the real one.  But you see

13   that impairment of short- and long-term memory?

14   Does that refresh your recollection?  Forgetting to

15   complete tasks?

16          MR. GORENCE:  Could I ask, Your Honor, is

17   this Bates-stamped -- page 201 or Bates-stamped 201?

18   I didn't hear that.

19          THE COURT:  Page 201.

20          MS. NEDA:  Page 201.

21          MR. GORENCE:  But on every one I have it

22   says Rodella, Junior, and it's got a page on the

23   bottom.

24          MS. NEDA:  Page 201 is all I have, I'm

25   sorry.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
& ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.    (By Ms. Neda)  Does it say that?  And let

2 me ask you this:  Does this refresh your

3 recollection?

4    A.    Under the symptoms, but -- after the test

5 I remember them saying nothing was wrong with my

6 memory.

7    Q.    All right.  Now, you startle easily, is

8 that right?

9    A.    Excuse me, ma'am?

10    Q.    You startle easily, get scared easily?

11    A.    Startle?

12    Q.    Yes.  Do you know what I mean by that

13 word?

14    A.    Yes.  Sometimes I do, yes, if there's a

15 loud noise, yes.

16    Q.    When there are noises?

17    A.    Loud noise like a bang or a shutting door

18 or something like that.

19    Q.    All right.  Now, we discussed your

20 irritability, but also did you report -- you

21 reported a problem with frustration, tolerating

22 frustration; right?

23    A.    I'm having trouble hearing some of the

24 stuff you're saying.

25    Q.    I'm sorry.  And that might be because I'm

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  not right next to the microphone.  Have you reported

2  troubles controlling your frustration?

3       A.    There were times at the beginning, yes.

4       Q.    Okay.  Well, let me get current.  Now, did

5  you report having -- we've already talked about

6  irritability, but also having angry outbursts?  Did

7  you report that to your psychiatrist?

8       A.    If I did, it was very few times.

9       Q.    Very few times?

10      A.    Yes, ma'am.

11      Q.    Well, did you remember ranking it as to

12 from -- with 5 being extreme, and you indicated it

13 was 5?

14      A.    I believe maybe at the time it was a 5.

15 I'm not too sure, ma'am.

16      Q.    All right.  Excuse me.  And have you

17 reported that your irritability and your angry

18 outbursts can come about with little or even no

19 provocation?  Have you reported that to your

20 psychiatrist?

21      A.    Yes, I believe at that time it was

22 occurring, yes, ma'am.

23      Q.    And have you said that no one can be

24 trusted, the world is completely dangerous?

25      A.    I'm sorry, ma'am?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1     Q.    The world is completely dangerous?  Have
2  you said that?
3     A.    The world is completely dangerous?
4     Q.    Yes.
5     A.    I don't remember using that verbiage, no.
6     Q.    Well, is that why you sleep with your gun?
7  Because the world is very dangerous?
8     A.    It's just a coping mechanism.
9     Q.    Okay.
10          THE COURT:  Ms. Neda, when you get to a
11 place, do you want to take a break?
12          MS. NEDA:  I can take one now, sir.
13          THE COURT:  All right.  Let's shoot for
14 about 1:10, 1:15 to bring you back from lunch.
15 We've gone a little past noon.  I'm going to talk to
16 the lawyers for a little bit.
17          (Non-testimony material deleted.)
18          THE COURT:  All right, everyone be seated.
19          All right, Mr. Rodella.  I'll remind you
20 you're still under oath.
21          THE WITNESS:  Yes, Your Honor.
22          THE COURT:  Ms. Neda, if you wish to
23 continue your cross-examination of Mr. Rodella, you
24 may.
25          MS. NEDA:  And I will be brief.  Thank



SANTA FE OFFICE                                              MAIN OFFICE
119 East Marcy, Suite 110                        201 Third NW, Suite 1630
Santa Fe, NM 87501                                 Albuquerque, NM 87102
(505) 989-4949                                              (505) 843-9494
FAX (505) 820-6349                                    FAX (505) 843-9492
                                                           1-800-669-9492
                                             e-mail: info@litsupport.com

1  you.

2          CONTINUED CROSS-EXAMINATION

3  BY MS. NEDA:

4          Q.    Just as an initial matter, Mr. Rodella, we

5  just had a hour, maybe hour-ten break.  You didn't

6  visit with the defense attorneys about your

7  testimony, did you, during that break?

8          A.    No, ma'am.

9          Q.    Okay.  Now, the other thing is, I'd like

10 to cover -- you indicated you live with your father

11 and your mother?

12         A.    I'm sorry, I couldn't hear you.

13         Q.    Did you indicate you lived with your

14 father and your mother?

15         A.    That's correct.

16         Q.    And your dad supports you; right?

17         A.    No.

18         Q.    How much do you make?

19         A.    Just a drill check.

20         Q.    That's $300 a month; right?

21         A.    Roughly, yes.

22         Q.    And so you live on $300 a month?

23         A.    Yes.

24         Q.    Now, do you recall being interviewed in a

25 criminal investigation by the New Mexico State

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  Police in 2010, Sergeant Ken Olsen?

2      A.   What was the original question, I'm sorry?

3      Q.   Do you recall being interviewed by

4  Sergeant Ken Olsen of the New Mexico State Police in

5  a criminal investigation?

6      A.   I remember being interviewed.

7      Q.   Okay.  And you lied to him, didn't you?

8      A.   No, I didn't.

9      Q.   I want to go back to the Iraq thing.  I

10 believe I'm unclear what you said.  You have never

11 been to Iraq; right?

12     A.   I have never been to Iraq.

13     Q.   You didn't serve this country in Iraq?

14     A.   No.

15     Q.   Okay.  However, you asked your

16 psychiatrist how you could sign up for the registry

17 about being exposed to burning refuse in Iraq.  You

18 sign up.  Why would you do that, if you were not in

19 Iraq?

20     A.   It was part of the Operation Enduring

21 Freedom, Iraqi Freedom movement, and they have a

22 burn registry.  If you were burning trash or exposed

23 to some chemicals, you could sign up and get checked

24 out.  I was exposed to that, I was part of Operation

25 Enduring Freedom.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    Q.   That's what you think you were?  That's
2  what you're thinking now, is that you were?
3    A.   Oh, I was, ma'am.
4    Q.   Okay.  So you wanted to sign up for the
5  registry for being exposed to burning refuse in
6  Iraq.
7    A.   No, it's part of the OIF, OEF, Iraqi
8  Freedom and Enduring Freedom.  The Kosovo mission
9  falls under Enduring Freedom.
10    Q.   So your psychiatrist has that wrong, you
11  didn't mean to say you wanted to enter the registry
12  for the Iraq war.
13    A.   I never said anything about Iraq to her.
14    Q.   Oh, you didn't?  Or you just don't
15  remember?
16    A.   I have never been to Iraq, and I don't
17  think I would bring up Iraq to my psychiatrist,
18  ma'am.
19    Q.   Okay.  All right.
20         Well, let's see.  Going back to your
21  frustration tolerance, you did say that you do have
22  poor frustration tolerance, right?  Poor frustration
23  tolerance?
24    A.   At one point, I did, yes, ma'am.
25    Q.   And you also have reported, as recently as

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   January 2014, angry outbursts where there's no

2   provocation; right?  Angry outbursts where there's

3   no provocation.

4       A.   At that point in time, yes, ma'am.

5       Q.   Okay.  Also, as of January 2014, you

6   indicated that your unprovoked irritability leads to

7   periods of violence; is that right?

8       A.   At that time, yes, ma'am.

9       Q.   Okay.  And also in January 2014, you

10  indicated that the drugs you were taking, the

11  Mirtazapine -- you know what I mean.  You'll have to

12  give me that name.

13      A.   I'm not sure which one.

14      Q.   The -- I call it Remeron, the common name,

15  but it's the Mirtazapine?

16      A.   The Mirtazapine.

17      Q.   And the bupropion.  Those two.  You were

18  taking those in January 2014, among others; right?

19      A.   I believe so, ma'am.

20      Q.   And you indicated that those drugs did not

21  control the symptoms; is that right?

22      A.   Not to my recollection, they weren't

23  helping.

24      Q.   They weren't helping.

25      A.   No.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1        MS. NEDA:  All right.  And that's all I

2    have for you, thank you.

3        THE COURT:  Thank you, Ms. Neda.

4        Mr. Gorence, do you have redirect of

5    Mr. Rodella?

6        MR. GORENCE:  I do, Your Honor.

7        THE COURT:  Mr. Gorence.

8            REDIRECT EXAMINATION

9    BY MR. GORENCE:

10       Q.   Mr. Rodella --

11       MR. GORENCE:  Counsel, I have got these

12   marked as O, parts of the medical records.  O is

13   page 45 and we'll go through O2 is page 75 through

14   77.  O3 is 107, the complete consult, to 113.  O4 is

15   the August 4 complete consult, August 4, 2014, 119

16   through 121.  And O5 is the complete diagnostic

17   summary for the PTSD, pages 191 through 205.  That's

18   O5.

19       Q.   (By Mr. Gorence)  Sir, are these your --

20   look through -- I don't know -- are those your

21   medical records, Mr. Rodella?

22       A.   Yes.  Yes, sir.

23       MR. GORENCE:  Your Honor, I move the

24   admission of those documents.  And if -- I have

25   received them today, as the Court is aware --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      MS. NEDA:  Your Honor, we don't -- I would

2  ask that there be no speeches.

3      THE COURT:  Why don't you approach and

4  we'll talk about this.

5      (The following proceedings were held at

6  the bench.)

7      THE COURT:  Do you have any objection to

8  Exhibit O?

9      MS. NEDA:  Oh, yes, Your Honor.  These are

10  hearsay.  Otherwise I would have put them in.  Of

11  course, they can't come in.  The first page, he went

12  so fast, I'm sorry, I don't have all the pages he

13  mentioned.  But the first page is lab results, and

14  not relevant to what I was even talking about.  It

15  has to do with screening, whether he has drugs or

16  other things in his system.  I haven't seen the

17  other pages, but the clear interpretation -- all of

18  it is hearsay, so I would object to it.  It's not

19  appropriate.  And plus it far exceeds the

20  Government's cross-examination.

21      MR. GORENCE:  Your Honor, I'll go through

22  line by line, as Ms. Neda has done, and read them.

23  But I don't have a problem if we admit every page.

24  But I want it with the understanding that it's

25  only --

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1          THE COURT:  Does that cure anything for
2  you?

3          MS. NEDA:  It's too voluminous, 400 pages.

4          THE COURT:  Sounds like you'll just have
5  to take them one at a time.

6          MR. GORENCE:  But Your Honor, I'm going to
7  read them and we'll go through them one by one
8  because she's taken snippets, and I want to move --

9          THE COURT:  You probably can't get the
10 medical records in.

11         MR. GORENCE:  And I'll call a records
12 custodian.  We can do it that way, if you don't want
13 to get them in through him.  We'll call the medical
14 records right over from the VA.

15         THE COURT:  You'll have to, if she's
16 making an objection to it.

17         MR. GORENCE:  Okay.

18         (The following proceedings were held in
19 open court.)

20         MR. GORENCE:  So I understand, the
21 Government's objection to these records is
22 sustained?

23         THE COURT:  Sustained.

24         MR. GORENCE:  Okay.  Can I have a second,
25 Your Honor?  In fact, I'm going to need just a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    couple of minutes.

2           THE COURT:  Okay.

3       Q.   (By Mr. Gorence)  Mr. Rodella, let me

4    start, what's the definition of an air assault?

5       A.   Any mission using a helicopter for

6    insertion into the area of operations.

7       Q.   And with that being the definition, did

8    you engage in air assaults while you were stationed

9    in that period of time in Kosovo?

10      A.   At least two times weekly, yes.

11      Q.   Okay.  For a total -- two times you're up

12   in helicopters being inserted somewhere.

13      A.   That's correct.

14      Q.   Okay.  Now, it might not have led to

15   assaultive conduct, but that constitutes an air

16   assault, being transported in a war zone by

17   helicopter?

18      A.   Yes, that's correct.

19      Q.   So if it's twice a week, did you do that

20   approximately the 60 to 80 times that you told

21   mental health practitioners at the VA here in

22   Albuquerque?

23      A.   I did well over the 60 times that I

24   stated.

25      Q.   Now, I asked you a question about a

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   statement to Mr. McCandless.  I don't know if you

2   misunderstood me.  You didn't write out a statement

3   that morning at 6:00 in the morning, on June 4, did

4   you?

5        A.   No, I did not.

6        Q.   But you agreed to a tape-recorded

7   interview with him.

8        A.   I never agreed to it.

9        Q.   Well, you know that it's 55 pages long,

10  you were being taped with your question and answer

11  with Mr. McCandless.

12       A.   I'm aware of it after the fact, yes.

13       Q.   Now, are you tested periodically, both at

14  the VA and with regard to the National Guard, with

15  regard to if you ever take marijuana, amphetamines,

16  barbiturates, benzodiapans (sic), cocaine, opiates,

17  PCP -- which is phencyclidine -- methadone, or --

18  it's propoxyphene.  Are you tested periodically for

19  that?

20       A.   I'm subject to be tested every month, yes.

21       Q.   And so you're tested every month as to

22  whether or not you take any illegal drugs?

23       A.   I'm subject to test, yes.

24       Q.   Okay, I get it.  They don't do it every

25  month but it depends how it gets called up?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  A. Yes, it's random.

2  Q. Okay.  Random.  But you get tested

3 periodically, and it's part of your VA records,

4 isn't it?

5  A. Oh, yes, every time there's a blood draw.

6  Q. And you have always been negative for any

7 illegal substance; is that a true statement?

8  A. That's correct.

9  Q. Now, these records -- and they total like

10 over 400 pages.  I want to go to the most -- so back

11 on November 7th of 2012 -- and I believe Ms. Neda

12 asked you questions -- do you remember going there

13 that day?  Let me have you look at this record to

14 see if this refreshes your recollection in its

15 entirety as to what happened.  Take a look at that.

16  A. I recall this day, yes.

17  Q. Okay.  I have some questions on it.  So

18 this was one of the first days or actually the first

19 time you have a full neurological workup at the VA.

20  A. That's correct.

21  Q. And after providing the history of what

22 actually happened, you remember you gave them a

23 detailed history of your injury and what happened

24 after that on the first page.  You remember seeing

25 that?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1      A.   Yes.

2      Q.   And they actually then performed on

3 again -- I want to get back -- this is November of

4 2012 -- what's called the Montreal Cognitive

5 Assessment.  It's a diagnostic tool for

6 psychologists.  Do you remember that?

7      A.   Yes, I remember taking it.

8      Q.   Okay.  And we'll go through it, at least

9 the findings on this report.  "Correctly performed

10 Alternative Trail-Making."

11           MS. NEDA:  Your Honor, I'm sorry, but this

12 sounds like he's reading hearsay into the record.

13           THE COURT:  Don't read hearsay into the

14 record.

15           MR. GORENCE:  Okay.

16      Q.   (By Mr. Gorence)  Well, do you remember

17 passing all of that test?

18      A.   Yes, I do.

19      Q.   Okay.  Were you informed of your score and

20 what that meant with regard to your cognitive

21 impairment?

22      A.   Yes.  As far as the score, he said my

23 cognitive abilities were in well stature.

24      Q.   Okay.  Actually, it said good stature, you

25 had slight cognitive impairment.  That's it on that

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1 date. Do you remember that?

2     A. Yes.

3     Q. Okay. Deficits only in the area of

4 language abstraction?

5        MS. NEDA: Your Honor, again, he's reading

6 into the --

7        THE COURT: Don't do it that way.

8        MR. GORENCE: Okay.

9     Q. (By Mr. Gorence) Were you informed --

10 Your Honor, okay.

11        Do you remember the second complete

12 evaluation occurring on September 27, 2012?

13     A. Yes, I do.

14     Q. And again at that time did you have a

15 provider being -- well, let me ask, who was your

16 doctor?

17     A. For the mental side, I think it's

18 Dr. Vigil.

19     Q. Yes. You had another test on that day.

20 You recall that?

21     A. Yes.

22     Q. And at the end of that, do you recall

23 whether there was an assessment plan implemented?

24     A. I think they asked me something about my

25 goals in life, and my plan to come back home and how

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  to get over this situation.

2      Q.   Okay.  And part of that -- did that

3  involve the medication that you have talked about

4  with Ms. Neda?

5      A.   Yes.  As well as some classes I took, some

6  one-on-one sessions with the psychologist.

7      Q.   And then finally, did you have -- and the

8  date on this being in January of 2014 -- a complete

9  diagnostic workup for the purpose of the Veterans

10  Administration making a diagnosis as to whether or

11  not you actually had PTSD that conforms to what they

12  call DSM-V -- that's the Diagnostic Statistical --

13  Diagnostic Statistical Manual.  That's the fifth

14  edition.  Do you remember that?

15      A.   Yes, I do.

16      Q.   Tell the jury, now, that was a fairly

17  lengthy workup, wasn't it?

18      A.   It took the better part of a day, yes.

19      Q.   Do you remember -- so the better part of

20  the day -- that that included psychological testing?

21      A.   It was some screening, yes.  Done by a

22  doctor.

23      Q.   Do you recall what the ultimate diagnosis

24  was on that day?

25      A.   That I was -- that I did have PTSD, I

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



EAN
&ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1   think was the conclusion.

2       Q.   Okay.  And according to the records, did

3   you have any cognitive ability to think -- as of

4   January 2014, did this affect your ability to --

5   what they call a cognitive assessment -- did it

6   affect your ability to think clearly and rationally

7   in any way?

8       A.   No, it did not.

9       Q.   And then you had a follow-up on August 4,

10  2014, so six days -- excuse me, 11 days before you

11  were arrested, you were back here in Albuquerque for

12  another follow-up?

13      A.   Yes, that's correct.  I have follow-ups

14  almost every three months.

15      Q.   Okay.  And were you told on that day that

16  your thought process was organized?

17      A.   Yes, I think somewhere along those lines,

18  yes.

19      Q.   That your cognition, which says -- this is

20  as of January -- recent remote memory was grossly

21  intact in terms of at least August of 2014, that

22  your cognitive ability was grossly intact.  Was that

23  told to you?

24      A.   It was discussed, yes.

25      Q.   Was that -- and at this point it's not the

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  doctor, do you remember Elizabeth Davidson, your

2  psychiatrist?

3      A.   Yes.

4      Q.   And she told you that?

5      A.   Yes, we have sessions every three months.

6      Q.   And at that point, is that -- your

7  medicine had been actually diminished, was

8  diminished at that point; correct?

9      A.   Yes.  Lower dosages, yes.

10      Q.   So given this little segue into your

11  medical history, does that modify in any way your

12  statements earlier that you knew exactly what was

13  going on on March 11, 2014?

14      A.   I was fully cognitive.

15      Q.   And these medications -- now, the one

16  that's hard to pronounce, bupropion?

17      A.   Bupropion.

18      Q.   That actually goes by a generic trade name

19  of Wellbutrin, doesn't it?  Most people are familiar

20  with the term Wellbutrin?

21      A.   Yes.

22      Q.   Do you know -- have you ever looked at --

23  you were asked questions on a Physician's Desk

24  Reference.  Have you ever looked at that in terms of

25  what goes on in potential side effects?

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1     A.    Yes, I have.

2     Q.    Okay.  And if you're familiar not only

3  with that, but I take it the National Institutes of

4  Health has websites that you can pull up and look at

5  this, as well.  Are you familiar with that?

6     A.    That's correct.  And I have a cousin

7  that's actually a pharmacist.

8     Q.    Okay.  So when Ms. Neda was asking you

9  about side effects, it's actually listed as rare,

10  any confusion, false beliefs, it's a potential side

11  effect, but they list it as common, more common,

12  less common, rare, and then finally, incidence not

13  known.  Are you familiar with that's their grading

14  scale?

15     A.    Yes, I am.

16     Q.    Okay.  Ms. Neda read you the rare

17  conditions.  Are you aware of that?

18     A.    Yes.

19     Q.    Do you have any confusion as a rare side

20  effect?

21     A.    Never have I been confused, no.

22     Q.    Have you ever had as a rare side effect

23  false beliefs that cannot be changed by facts?

24     A.    That's never happened, no.

25     Q.    Have you ever had the rare side effect

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1  that some people have of seizures?

2      A.   Never.  No.

3           MR. GORENCE:  May I have one second, Your

4  Honor?

5           THE COURT:  You may.

6      Q.   (By Mr. Gorence)  The questions about you

7  having a firearm, even keeping one now.  You're a

8  lawful possessor of -- there's nothing that

9  prohibits you by law from having a firearm, is

10 there?

11     A.   No, there's not.

12     Q.   Okay.  You have indicated that you

13 ordinarily carry a gun.  And do you carry it openly,

14 or do you have a concealed permit that's part of our

15 state gun regulations?

16     A.   New Mexico is an open carry state, and I'm

17 an open carrier.

18     Q.   You're familiar with the rules and

19 requirements of having a firearm to be carried

20 openly?

21     A.   Fully aware, yes.

22     Q.   And the fact you have indicated that

23 although you ordinarily keep a gun, how confident

24 are you that you did not have a gun that day?

25     A.   I'm 110 percent positive that I did not



SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1  have my gun that day.

2      Q.  And the reason was what?  You indicated

3  but -- you knew you couldn't take it in, up in TA?

4      A.  Yes.  I knew we were going to be filing

5  that day.  I knew it was going to take the better

6  part of three hours, four hours, so I saw no need to

7  carry a firearm that day.

8      Q.  Where did you leave your firearm?

9      A.  I left it at home.

10          MR. GORENCE:  I pass the witness, Your

11  Honor.

12          THE COURT:  Thank you, Mr. Gorence.

13          Do you have anything further, Ms. Neda?

14                RECROSS-EXAMINATION

15  BY MS. NEDA:

16      Q.  I just -- going back to January 2014 and

17  August 2014 -- first, January 2014, did you not

18  report unprovoked irritability with periods of

19  violence?  That was January 2014?

20      A.  I'm sorry -- at that period in time, yes,

21  that day I did feel that, yes.

22      Q.  All right.  And then with respect to

23  August 2014, did you not classify or rate your poor

24  concentration as severe?

25      A.  That day, yes.

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1      Q.   All right.

2           MR. GORENCE:  Tell me where you're

3  reading.  What page?

4           MS. NEDA:  111.

5      Q.   (By Ms. Neda)  And on page 112, did you

6  indicate all these problems affect your difficulties

7  pretty much in everything you do?

8      A.   In most of the things I do, yes.

9      Q.   At least on that day, in August 2014.

10     A.   At least on that day, yes.

11          MS. NEDA:  All right.  No further

12 questions.

13          THE COURT:  Thank you, Ms. Neda.

14          Mr. Gorence, do you have anything further?

15          MR. GORENCE:  Other than, Your Honor,

16 based on that, I still would -- with these

17 questions -- and I don't mind expanding that because

18 I didn't have that in my O4, I would still move to

19 produce all these records in their entirety.

20          THE COURT:  All right.  Well, at the

21 present time, I'm excluding the records.

22          All right, Mr. Rodella, you may step down.

23          Is there any reason that Mr. Rodella,

24 Junior, cannot be excused from the proceedings?

25          MR. GORENCE:  He can be excused, Your

SANTA FE OFFICE                                                    MAIN OFFICE
119 East Marcy, Suite 110                              201 Third NW, Suite 1630
Santa Fe, NM 87501                                       Albuquerque, NM 87102
(505) 989-4949                                                    (505) 843-9494
FAX (505) 820-6349                                         FAX (505) 843-9492
                                                              1-800-669-9492
                                                    e-mail: info@litsupport.com


BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

1 Honor.

2         THE COURT:  Ms. Neda?

3         MS. NEDA:  No reason.

4         THE COURT:  All right.  You're excused

5 from the proceedings.  Thank you for your testimony.

6         THE WITNESS:  Thank you, Your Honor.

7         (End of excerpted testimony of Thomas R.

8 Rodella, Jr.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349



PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com

1    UNITED STATES OF AMERICA

2    STATE OF NEW MEXICO

3

4              REPORTER'S CERTIFICATE

5        I, Mary Abernathy Seal, RDR, CRR, CCR, do

6    hereby certify that the foregoing pages constitute a

7    true transcript of excerpted proceedings had before

8    the said Court held in the City of Albuquerque, New

9    Mexico, in the matter therein stated.

10       In testimony whereof, I have hereunto set my

11   hand on this 10th day of November, 2014.

12

13   _____
                *Mary A. Seal*

14   Mary Abernathy Seal, RDR, CRR, CCR
     BEAN & ASSOCIATES, INC.
15   NM Certified Court Reporter #69
     License expires:  12/31/14
16

17
     Date taken:  September 25, 2014
18

19

20

21

22

23

24

25

SANTA FE OFFICE
119 East Marcy, Suite 110
Santa Fe, NM 87501
(505) 989-4949
FAX (505) 820-6349




BEAN & ASSOCIATES, Inc.
PROFESSIONAL COURT
REPORTING SERVICE

MAIN OFFICE
201 Third NW, Suite 1630
Albuquerque, NM 87102
(505) 843-9494
FAX (505) 843-9492
1-800-669-9492
e-mail: info@litsupport.com