SUPPLEMENTAL – CASE NO. SO-14-000310

On March 11, 2014 at approximately 1715 hours, my son, Thomas R. Rodella, Jr. and I were travelling on SR 399 when a green in color Mazda entered onto SR 399 from a private drive. The driver entered onto SR 399 without stopping or looking out for oncoming traffic; Thomas had to slow down to avoid colliding with the green Mazda. As the vehicle proceeded in front of us, it accelerated to a high rate of speed. Just ahead of the green Mazda was a white colored sedan that had signaled to make a left turn. As the green Mazda approached the white sedan at a high rate of speed he had to swerve off onto the shoulder to avoid colliding with the white sedan; all the while kicking up a cloud of dust. The white sedan competed its left hand turn. As we came up on the green Mazda, Thomas Jr. pulled our vehicle off onto the shoulder, a blue in color Jeep Wrangler. I exited the passenger side and identified myself by holding my badge directly in front of me. The driver of the green Mazda waved me towards him with both hands. I continued to hold my badge in front of me as I approached the green Mazda. I was able to see the driver of the green Mazda and identified him as a young male. At this time, the male subject accelerated toward me, kicking up more dust as it made its way back onto SR 399.

The vehicle continued southwest on SR 399 at a high rate of speed. I instructed Thomas Jr. to proceed in the same direction as the green Mazda while maintaining a safe distance. I called RASO Undersheriff Vince Crespin on my cell phone and requested that he dispatch units to our location. As we entered onto CR 126, the green Mazda gained a distance of approximately 100 yards on us.

The green Mazda proceeded onto CR 126B which has speed bumps; the vehicle never slowed down as it approached said speed bumps and continued to gain distance on us. As we reached the end of the county road, the green Mazda slowed down and then turned right onto a private drive. The green Mazda once again accelerated to a high rate of speed on the private drive as we proceeded behind it. As the green Mazda approached a male subject who appeared to be out for a run, the green Mazda slowed down. As we approached, the male subject stopped while looking in the direction of the

GOVERNMENT EXHIBIT 6

RASO_0006

green Mazda as it accelerated once again. I identified myself as the Sheriff and showed my badge to the male subject who was out for a run.

The green Mazda entered a dead end turnaround at a private residence. I instructed Thomas to block the forward progress of the green Mazda and again I approached the vehicle on foot. The driver's side window was partially open and I approached the vehicle displaying my badge and identifying myself as the Sheriff. The driver stopped the vehicle and looked at me. I was within 20 feet of the driver's side of the green Mazda and I asked the male subject to exit his vehicle. The male subject swung the steering wheel of his vehicle to the left and accelerated causing the front of the vehicle to slide. I side-stepped the vehicle and approached the passenger side. The passenger side window was also partially open and as I approached I continued to identify myself in a loud voice and display my badge. The driver then proceeded to drive the vehicle forward and once again reversed, and again accelerated toward me at a high rate of speed. I began to back pedal and tried to visually locate a metal casing that I had observed when I had first approached the vehicle. I was concerned that the fast approaching green Mazda would pin me up against said metal casing. As I continued to back pedal and shuffle to my left, I placed my left hand out as the rear of the vehicle came into contact with me. The vehicle was accelerating at a faster rate than I was able to back pedal when it came to a sudden stop. I looked down and saw that the vehicle had collided with the metal casing, not more than six (6) inches from where I stood.

I quickly ran to the passenger side of the vehicle and continued to audibly identify myself as the Sheriff. I saw the green Mazda's front tires begin to spin and realized the male subject had shifted the vehicle into drive.

I was concerned for my life and the lives of others as the driver had made more than one attempt to run me over. I drew my side arm and ordered the driver to exit the vehicle. I observed the driver continuing to shift gears and I could hear the grinding of the gears before the motion of the tires stopped.

As the driver frantically continued his attempt to get the vehicle, I jumped in the vehicle through the open passenger side window with my firearm drawn. I was able to shift the gear into the park position and it was then that the male subject grabbed for my firearm with both hands. As I struggled with the male subject, I was able to head-butt

RASO_0007

him twice before I observed Thomas Jr. approach the driver-side door. I asked Thomas Jr. to help me remove the male subject from the vehicle.

The male subject was quickly removed from the vehicle and detained on the ground in a prone position. I was unable to locate my cell phone to contact Undersheriff Crespin. It was then that I observed the male subject I had seen jogging earlier, standing by. I borrowed his cell phone and called Undersheriff Crespin to ascertain the location of the units he had dispatched.

A short time later RASO Lt. Randy Sanches arrived. He provided me a pair of handcuffs to secure the male subject prior to placing him in his police unit.

Shortly thereafter, RASO Deputy A. Gutierrez and Undersheriff Vince Crespin arrived as well as a Santa Clara Tribal Officer. I was able to locate my cell phone near the area where I had been dodging the green Mazda.

Thomas and I left the area while the deputies remained at the scene.




GOVERNMENT EXHIBIT 6


RASO_0008