SUPPLEMENTAL – CASE NO. SO-14-000310

On March 11, 2014 my father, Thomas Rodella Sr. and I were traveling on SR 399 when a green Mazda pulled out in front of us in an erratic manner from a side residential road. He entered our lane on SR 399 without stopping at the end of the residential road which he exited and without looking out for any oncoming traffic. As he entered my lane I had to use my brakes to avoid colliding with the green Mazda. Just ahead of the green Mazda was a white sedan signaling a left turn. The green Mazda was traveling so fast that when he came up on the white sedan he swerved off onto the shoulder causing dust to be kicked up; the green Mazda then came to a complete stop. Continuing on SR 399 I pulled off onto the shoulder just in front of the green Mazda. My father then stepped out of our Jeep Wrangler, presenting his badge; he made his way towards the green Mazda. Out of my rearview mirror and side mirror I could see the driver of the green Mazda calling on my father using both hands to gesture. As my father was making his way towards the green Mazda, the driver quickly accelerated towards him almost hitting my father and almost colliding into our Jeep Wrangler. Looking through my mirrors all I could see was a cloud of dust and my father running toward our Jeep Wrangler.

The green Mazda proceeded onto SR 399 at a high rate of speed in a cloud of dust. My father told me to proceed in the same direction as the green Mazda at a safe distance, as the driver had already displayed recklessness and disregard for anyone else. My father then got on his cell phone and called Undersheriff Vince Crespin to advise him of the event that had occurred and requested that he dispatch units to our location. The green Mazda then proceeded onto CR 126 blowing past a stop sign and continuing onto CR 126B which has speed bumps. The green Mazda showed no signs of deceleration as he approached each speed bump. As my father and I proceeded down CR 126B, I was slowing down for every speed bump, as I did this, the driver of the green Mazda gained distance on us. As we reached the end of the paved portion of CR 126B the driver of

GOVERNMENT
EXHIBIT
7

RASO_0009

the green Mazda turned right, onto a private drive. The driver of the green Mazda again accelerated at a high rate of speed down the unpaved private drive leaving behind a cloud of dust. As we made our way down the private drive, we could see the green Mazda approach a male subject who appeared to be out jogging and he slowed down to speak with the male jogger. As we got closer, the green Mazda again accelerated. My father showed his badge to the male jogger and identified himself as the Sheriff.

The green Mazda then reached the dead end turnaround at a private residence. My father told me to block the forward progress of the green Mazda and he exited our Jeep Wrangler to attempt to approach the green Mazda on foot once more. As my father made his way towards the green Mazda he again displayed his badge. The driver of the green Mazda stopped his vehicle and looked at my father, waited until he was close and quickly turned his wheel and quickly accelerated in reverse. The green Mazda accelerated so quickly in reverse, such that he caused the front end of the vehicle to slide around 180 degrees. My father side stepped enough to avoid being hit by the green Mazda. I saw my father trying to speak to the driver of the green Mazda through the open passenger side window while again displaying his badge. The driver then accelerated forward almost hitting a fence, the driver then reversed directly towards my father. This time my father was in the direct path of the green Mazda. I observed my father put his hands out to try and avoid being run over jumping up and down. The green Mazda then came to a sudden stop.

My father then walked towards the open passenger side window, I then saw the green Mazda accelerate but the vehicle wasn't going anywhere. The tires were spinning rapidly, kicking up dust and rocks.

I observed my father show his badge once again and suddenly the tires began spinning rapidly then stopped. My father then jumped into the vehicle through the passenger window. Seeing that the vehicle was completely stopped, I exited our Jeep Wrangler and made my way

towards the green Mazda. While walking in front of the green Mazda I observed the male subject grabbing at my fathers' drawn sidearm. I then opened the driver side door and heard my father ask for help. I grabbed the male subjects' hands to get them away from the weapon and I grabbed for the back of the male subject's jacket and beltline of his pants and removed him from the green Mazda. I then placed him down on the ground in a prone position and detained one arm behind his back; during the entire extraction he was kicking at me and elbowing me. While I detained the male subject, my father made contact with Undersheriff Vince Crespin and gave him directions to our location.

Awhile later RASO Lt. Randy Sanches arrived and handed my father a pair of handcuffs to secure the male subject. The male subject was then placed into a unit.

RASO Deputy A. Gutierrez and Undersheriff Vince Crespin, accompanied by a Santa Claran Tribal unit, arrived a short time later.

My father and I then left the area, the deputies remained on scene.

*Thomas Rodella Jr.*