| | |
|---|---|
| Result type: | Clinic Note - Ortho Gen |
| Result date: | November 03, 2014 00:00 |
| Result status: | Auth (Verified) |
| Result title: | Clinic Note - Ortho Gen |
| Performed by: | Mercer, Deana on November 03, 2014 17:45 |
| Verified by: | Mercer, Deana on November 07, 2014 07:30 |
| Encounter info: | 241806280, UH, Outpatient, 11/3/2014 - |
| Contributor system: | UNIV_NM_HIM |

## * Final Report *

**Clinic Note - Ortho Gen**

CHIEF COMPLAINT:
Follow up status post right thumb ulnar collateral ligament repair.

DATE OF SURGERY:
10/07/2014

HISTORY OF PRESENT ILLNESS:
This is a 27-year-old male who was assaulted. He suffered a right thumb ulnar collateral ligament tear. He is now 1 month status post repair and doing well.

PHYSICAL EXAMINATION:
Today, the wound is healing nicely. No evidence of infection. We have trimmed his Monocryl sutures. He has a well-fitting splint. He has normal sensation on the radial side of the thumb with brisk capillary refill distally.

IMAGING:
None new.

ASSESSMENT:
This is a 27-year-old male with right thumb ulnar collateral ligament repair. He is doing well.

PLAN:
At this time, is splint for a total of 3 months, occupational therapy in Santa Fe for range of motion of the interphalangeal joint of the right thumb, metacarpophalangeal joint of the right thumb to start at the 3-month mark, scar treatment and a home program. He needs to protect the thumb for a total of 6 months, and we did discuss this today. I will see him back in 8 weeks. He will not need x-rays at that time.

**Signature Line**

Mercer, Deana MD
Attending Physician
Department of Orthopaedics

Dictate Date: 11/03/14
Transcription Date: 11/04/14

GOVERNMENT EXHIBIT 8

| | |
|---|---|
| Clinic Note - Ortho Faculty | Tafoya, Michael - 4773406 |

| | |
|---|---|
| Result type: | Clinic Note - Ortho Faculty |
| Result date: | August 11, 2014 00:00 |
| Result status: | Auth (Verified) |
| Result title: | Clinic Note - Ortho Faculty |
| Performed by: | Thompson, Norfleet B on August 11, 2014 18:43 |
| Verified by: | Mercer, Deana on August 15, 2014 07:04 |
| Encounter info: | 238844286, UH, Outpatient, 8/11/2014 - 9/3/2014 |
| Contributor system: | UNIV_NM_HIM |

## * Final Report *

### Clinic Note - Ortho Faculty (Verified)

REFERRING PHYSICIAN:
Elizabeth Donaldson.

REASON FOR CONSULTATION:
Right hand pain, specifically right thumb metacarpophalangeal joint pain.

HISTORY OF PRESENT ILLNESS:
Michael is a 26-year-old male who was involved in an altercation on March 11th. He was apparently assaulted by an off-duty police officer and sustained an injury to his right hand. He said during the altercation a lot was happening, so it was hard to identify the exact details, but he began to notice pain after this incident at the base of his right thumb metacarpophalangeal joint. There was swelling and tenderness at that location. He has not had any brace treatment or medical treatment to this point, just rest and ice. He notices the pain still with any change in weather such as cold weather or when he tries to write or grip objects or pinch them. He is here today for further treatment and evaluation.

PAST MEDICAL HISTORY:
None.