**GORENCE & OLIVEROS, P.C.**
*1305 Tijeras Avenue NW*
*Albuquerque, New Mexico 87102*
*Telephone:(505) 244-0214  Facsimile:(505) 244-0888*
*gorence@golaw.us  oliveros@golaw.us*

**ROBERT J. GORENCE**
**LOUREN OLIVEROS**

January 12, 2015

The Honorable James O. Browning
Pete V. Domenici U.S. Courthouse
333 Lomas Blvd. NW, Suite 660
Albuquerque, NM  87102

    Re:    *United States v. Thomas Rodella; 14-CR-2783*

Dear Judge Browning:

Enclosed for your consideration regarding the sentencing scheduled in this matter for Wednesday, January 21, 2015, are the following:

1.     Commendation letters to the Chief of the New Mexico State Police;

2.     Educational degrees and certificates of achievement; and

3.     Letters of support from Mr. Rodella's family and friends.

Sincerely,

Robert J. Gorence

RJG/mm
Enclosures
cc:    AUSA Tara Neda
       PO Loyola Garcia