### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Case No.: 14-CR-2783 JB |
| THOMAS R. RODELLA, | ) |
| Defendant. | ) |

## NOTICE OF APPEAL

Defendant Thomas R. Rodella, through his counsel, Robert J. Gorence and Louren Oliveros of Gorence & Oliveros, P.C., and John D. Cline of Law Office of John D. Cline, hereby gives notice of his intent to appeal the Judgment [Doc. 192], entered on February 6, 2015 in the above-referenced case, to the United States Court of Appeals for the Tenth Circuit.

Respectfully submitted,

*/s/ Robert J. Gorence*
Robert J. Gorence
Louren Oliveros
Gorence & Oliveros, P.C.
1305 Tijeras Avenue, NW
Albuquerque, NM 87102
Phone:  (505) 244-0214
Email:  gorence@golaw.us
Email:  oliveros@golaw.us

and

John D. Cline
Law Office of John D. Cline
235 Montgomery Street, Suite 1070
San Francisco, CA  94104
Phone:  (415) 322-8319
Email:  cline@johndclinelaw.com
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 6th day of February, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Tara C Neda                                   Jeremy Pena
(Tara.Neda@usdoj.gov)                         (jeremy.pena@usdoj.gov)


*/s/ Robert J. Gorence* ___
Robert J. Gorence