IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

   vs.                                                                   No. CR 14-2783 JB

THOMAS R. RODELLA,

      Defendant.

   and,

LOS ALAMOS NATIONA BANK
AND ITS SUCCESSORS OR ASSIGNS
ATTENTION: LEGAL DEPARTMENT,

      Garnishee.

**STIPULATED ORDER OF GARNISHMENT**
**OF CERTIFICATE OF DEPOSIT**

This matter is before the Court on the joint motion of the parties for garnishment of a certificate of deposit (CD) held by Garnishee Los Alamos National Bank (LANB).  Doc. 235. The Court finds as follows:

The CD contains approximately $70,100.00, plus accrued interest.  The parties have agreed to entry of an order directing garnishment of the CD plus accrued interest to be applied to the $200,000 fine this Court imposed upon Defendant Thomas R. Rodella at sentencing. Garnishee LANB does not object to garnishment of the CD.

IT IS THEREFORE ORDERED,ADJUDGED AND DECREED that Garnishee LANB pay the total sum held in the CD, approximately $70,100.00, plus accrued interest, to Plaintiff.

Please make check payable to:  Clerk, U.S. District Court, District of New Mexico, Court

No: 14-CR-2783 JOB/Thomas R. Rodella, and mail to: 333 Lomas Boulevard NW, Suite 270, Albuquerque, New Mexico 87102.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

DAMON P. MARTINEZ

United States Attorney
District of New Mexico

_____/s/_____
STEPHEN R. KOTZ
Assistant U.S. Attorney
P.O. Box 607
Albuquerque, NM  87102
Phone:  (505) 224-1464
Fax:      (505) 346-6884
Email:  steve.kotz@usdoj.gov

_____/s/_____
JOHN D. CLINE, ESQ.
Law office of John D. Cline
Attorneys for Defendant Thomas Rodella
235 Montgomery Street, Suite 1070
San Francisco, CA  94104
Phone:  (415) 322-8319
Fax:      (415) 524-8265
Email:  cline@johndclinelaw.com

Approved:

_____/s/_____
HEATHER TRAVIS BOONE, ESQ.
Attorney for Garnishee Las Alamos National Bank
1200 Trinity Drive
Los Alamos, NM 87544
Phone:  (505) 662-1026
Fax:      (505) 662-1092
Email:  heatherb@lanb.com