IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.                                                Case No.  14-CR-02783-JB

THOMAS R. RODELLA,

        Defendant.

## SATISFACTION OF JUDGMENT

The United States of America acknowledges satisfaction of judgment entered on February 9, 2015. On February 9, 2015, a lien was recorded in the records of the County Clerk of Rio Arriba in Tierra Amarilla, NM, Book 538 and Document Number 2015-00767. The lien created thereby is released.

                                                JAMES D. TIERNEY
                                                Acting United States Attorney

                                                */s/ Filed Electronically 6/19/17*
                                                STEPHEN R. KOTZ
                                                Assistant U. S. Attorney
                                                P. O. Box 607
                                                Albuquerque, New Mexico 87103
                                                (505) 224-1464

I HEREBY CERTIFY that on the 19th day
of June 2017, I filed the foregoing
pleading electronically through the
CM/ECF system, which caused counsel
of record for defendant to be served
by electronic means.

*/s/ Filed Electronically 6/19/17*
STEPHEN R. KOTZ
Assistant U.S. Attorney