SYMPTOM CHECKER
ADVERTISEMENT
GAP
Online & In Stores
Extra 40% Off
All Markdowns
Ends in 3 Days
SHOP NOW
Exclusions apply.
home / arthritis health center / arthritis a-z list / antinuclear antibody center / antinuclear antibody article
Privacy & Trust Info
MEM

Definition | Procedure | Results | Conditions | Medications | ANA Patterns | Normal Range | Center | Comments

# What are antinuclear antibodies?



Diagram shows what pathologists see under the microscope in an ANA test

We normally have antibodies in our blood that repel invaders in our bodies, such as virus and bacteria microbes. Antinuclear antibodies (ANAs) are unusual antibodies, detectable in the blood, that have the capability of binding to certain structures within the nucleus of the cells. The nucleus is the innermost core within the body's cells and contains the DNA, the primary genetic material. ANAs are found in patients whose immune system may be predisposed to cause inflammation against their own body tissues. Antibodies that are directed against one's own tissues are referred to as autoantibodies. The propensity for the immune system to work against its own body is referred to as autoimmunity. ANAs suggest the possible presence of autoimmunity. Therefore, when they are detected in a patient's blood (referred to as a "positive" result), doctors will consider the possibility that an autoimmune illness exists in that patient.

Autoimmune diseases are conditions in which there is a disorder of the immune system characterized by the abnormal production of antibodies (autoantibodies) directed against the tissues of the body. Autoimmune diseases typically feature inflammation of various tissues of the body. Frequently, ANAs are found in patients with a number of different autoimmune diseases, such as systemic lupus erythematosus , Sjögren's syndrome, rheumatoid arthritis, polymyositis, scleroderma, Hashimoto's thyroiditis, juvenile diabetes mellitus , Addison disease, vitiligo, pernicious anemia, glomerulonephritis, and pulmonary fibrosis. ANAs can also be found in patients with conditions that are not considered classic autoimmune diseases, such as chronic infections and cancer.

## Diagnosing Sjögren's Syndrome

ANA, RF, and ESR Tests

The diagnosis of Sjögren's syndrome is often challenging because patients often present with nonspecific complaints such as fatigue, joint ache and swelling, abdominal pain, and diarrhea (as well as the classic dry eyes and dry mouth).

It's also a tough diagnosis because there isn't total agreement as to criteria for the diagnosis. There can be abnormal blood tests, including autoantibodies (rheumatoid factor or RF, and antinuclear antibody or ANA), and tests looking for inflammation such as erythrocyte sedimentation rate or ESR. There are antibodies in the blood that can be found in many, but not all patients with the Sjögren's syndrome. These antibodies are referred to as Sjögren's syndrome antibodies A and B (also known as SSA or Ro antibody and SSB or La antibody). Biopsies of salivary glands can be done to help confirm that lymphocytes have invaded the gland. There are consensus guidelines for making the diagnosis, but mostly it comes down to the doctor having a high index of suspicion and pursuing it.

Read more about Sjögren's syndrome »

# Who created the ANA test? How do health care professionals perform the procedure?

The ANA test was designed by Dr. George Friou in 1957. The ANA test is performed using a blood sample. An ANA test is performed by testing the blood in the laboratory. The antibodies in the serum of the blood are exposed in the laboratory to cells. It is then determined whether or not antibodies are present that react to various parts of the nucleus of cells. Thus, the term anti-"nuclear" antibody. Fluorescence techniques are frequently used to actually detect the antibodies in the cells, thus ANA testing is sometimes referred to as fluorescent antinuclear antibody test (FANA).

# What is the interpretation of the ANA screen result?

Readers Comments (100) Share Your Story

The ANA test is a sensitive screening test used to detect autoimmune diseases. Autoimmune diseases feature a misdirected immune system, and each of them has characteristic clinical manifestations that are used to make the precise diagnosis. The interpretation or identification of a positive ANA test does not make a diagnosis. It simply suggests to the doctor to consider the possibility that an autoimmune disease is present.

common sites
lupus skin rash
SLIDESHOW
Lupus Symptoms, Rash, and Treatment
See Slideshow

SPONSORED ADS

1. Lupus Symptoms In Women
4. Types Of Blood Disorders
7. End Stage Liver Failure
2. Skin Lupus Symptoms
5. Parathyroid Treatments
8. Autoimmune Disease Symptoms
3. Multiple Sclerosis Test
6. Early Signs Of Lupus
9. List Of Autoimmune Diseases

# What non-autoimmune conditions produce ANAs?

Readers Comments (7) Share Your Story

ANAs can be produced in patients with infections (virus or bacteria), lung diseases (primary pulmonary fibrosis, pulmonary hypertension), gastrointestinal diseases (ulcerative colitis, Crohn's disease, primary biliary cirrhosis, alcoholic liver disease), hormonal diseases (Hashimoto's autoimmune thyroiditis, Grave's disease), blood diseases (idiopathic thrombocytopenic purpura, hemolytic anemia), cancers (melanoma, breast, lung, kidney, ovarian and others), skin diseases (psoriasis, pemphigus), as well as in the elderly and those people with a family history of rheumatic diseases.

Latest Arthritis News

Trump-Touted Hydroxychloroquine in Short Supply
Turning to Medical Marijuana for Arthritis Pain
A New Hip or Knee Can Do a Marriage Good
Extra Pounds Could Bring More Painful Joints
Vigorous Exercise Safe for Knee Arthritis Risk
Want More News? Sign Up for MedicineNet Newsletters!

Daily Health News

Does COVID-19 Trigger Diabetes?
Bad Sleep Make Grumpy People
Extended Relief From Back Pain
Severe COVID-19 Raises Heart Troubles
Loneliness Under Lockdown

 More Health News »

Trending on MedicineNet

dexamethasone (Decadron, DexPak)
Sinus Infection
Coronavirus (COVID-19) Facts
Coughing
Creatinine Blood Test

# Can medications cause elevated ANAs?

Many medications can sometimes stimulate the production of ANAs, including procainamide (Procan SR), hydralazine (Apresoline), and phenytoin (Dilantin). ANAs that are stimulated by medication are referred to as drug-induced ANAs. This does not necessarily mean that any disease is present when these ANAs are "induced." Sometimes diseases are associated with these ANAs, and they are referred to as drug-induced diseases.

## ANAs are defined as having patterns. What does this mean?

ANAs present different "patterns" depending on the staining of the cell nucleus in the laboratory: homogeneous or diffuse pattern; speckled pattern; nucleolar pattern; and peripheral or rim pattern. While these patterns are not specific for any one illness, certain illnesses can more frequently be associated with one pattern or another. The patterns then can sometimes give the doctor further clues as to types of illnesses to look for in evaluating a patient. For example, the nucleolar pattern is more commonly seen in the disease scleroderma. The speckled pattern is seen in many conditions and in people who do not have any autoimmune disease. These patterns are determined by technical experts who routinely interpret the tests.

## Are ANAs always associated with illness? What is the normal range?

No. ANAs can be found in approximately 5% of the normal population, usually in low titers (low levels). These people usually have no disease. Titers of 1:80 or lower are less likely to be significant. (ANA titers of less than or equal to 1:40 are considered negative.) Even higher titers are often insignificant in patients over 60 years of age. Ultimately, the ANA result must be interpreted in the specific context of an individual patient's symptoms, underlying medical conditions, and other test results. It may or may not be significant, even if positive, in a given individual.

Lupus
QUESTION
Lupus is an infection.
See Answer

## Health Solutions From Our Sponsors

Penis Curved When Erect

Fight Against Cancer

Treat Enlarged Prostate

Pediatric Hospital 101

Dupuytren's Treatment

Cancer Care Has Changed

*Medically Reviewed on 12/2/2019*

References

## Top Antinuclear Antibody Related Articles

Complete List

### Arthritis (Joint Inflammation)

Arthritis is inflammation of one or more joints. When joints are inflamed they can develop stiffness, warmth, swelling, redness and pain. There are over 100 types of arthritis, including osteoarthritis, rheumatoid arthritis, ankylosing spondylitis, psoriatic arthritis, lupus, gout,...

### Fibromyalgia

Fibromyalgia is a chronic pain condition characterized by symptoms such as fatigue, sleep disturbances, and tender points. Stress reduction, exercise, and medication are the standard treatments for fibromyalgia.

### Lupus Slideshow

What is Lupus? Learn about lupus symptoms like butterfly rash, joint pain and fatigue. Find causes, diagnosis, and treatments for lupus.

### Pernicious Anemia

Pernicious anemia is a blood disorder in which the body does not make enough red blood cells due to a lack of vitamin B12 in the blood. Pernicious anemia can develop from a lack of a protein that helps the body absorb vitamin B12, not getting enough B12 in the diet, and...

### Psoriasis

Psoriasis is a long-term skin condition that may cause large plaques of red, raised skin, flakes of dry skin, and skin scales. There are several types of psoriasis, including psoriasis vulgaris, guttate psoriasis, inverse psoriasis, and pustular psoriasis. Symptoms vary

CONTINUE SCROLLING FOR RELATED SLIDESHOW

## Featured Slideshows

Rosacea, Acne, Shingles

Common Adult Skin Diseases

Respiratory Illnesses

13 Types of Lung Infections

Heart Disease

Causes of a Heart Attack

Antinuclear Antibody Test Normal Range & Interpretation

MedicineNet

Health Categories

Medical Slideshows
Diseases & Conditions
Symptoms & Signs
Procedures & Tests
Medications
Healthy Living
Vitamins & Supplements
Image Collection
Quizzes
MedTerms Dictionary

Popular Health Centers

Allergies
Arthritis
Blood Pressure
Cancer
Chronic Pain
Cold & Flu
Depression
Diabetes
Digestion
Health & Living
Healthy Kids
Hearing & Ear
Heart
HIV/AIDS
Infectious Disease
Men's Health
Mental Health
Neurology
Pregnancy
Sexual Health
Skin
Thyroid
Women's Health
More...

MedicineNet

Privacy Policy
Do Not Sell My Personal Information
About Us
Contact Us
Site Map
WebMD Corporate
WebMD
WebMDRx
Medscape
Medscape Reference
eMedicineHealth
RxList
OnHealth

HON
CODE
CERTIFIED
10/2019

tag

AdChoices

©1996-2020 MedicineNet, Inc. All rights reserved. Terms of Use.

MedicineNet does not provide medical advice, diagnosis or treatment. See additional information.

https://www.medicinenet.com/antinuclear_antibody/article.htm[6/23/2020 2:47:59 PM]