```
                                          FILED
                                UNITED STATES DISTRICT COURT
                                  ALBUQUERQUE, NEW MEXICO
```

UNITED STATES COURT OF APPEALS
DISTRICT OF NEW MEXICO

JUL 27 2020 

MITCHELL R. ELFERS /mn
New Mexico District Court CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | Judge James O. Browning |
| Thomas R. Rodella | Case No: 14-CR-02783-JB |

DECLARATION OF INMATE FILING

(28 U.S.C. §1746; 18 U.S.C. §1621)

I am an inmate confined in an institution. Today, July 22, 2020, I am depositing the RESPONSE in this case in the institution's internal mail system. First-class postage is being prepaid by me.

Signed _____
Thomas R. Rodella

Signed on: July 22, 2020