FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 3 1 2020

MITCHELL R. ELFERS
CLERK / m

UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.                                          CASE NO.: 14-CR-02783-JB

Thomas R. Rodella

### SUPPLEMENT TO THOMAS R. RODELLA'S RESPONSE TO UNITED STATES FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i)

Thomas Rodella hereby files this supplement to his response to the Government's motion because documents regarding Mr. Rodella's medical records that Mr. Rodella requested in June, 2020, have just been made available to him.

In December, 2018, and December, 2019. Mr. Rodella met with Dr. Matewere regarding extreme pain in his feet, indicative of peripheral neuropathy. Since the COVID-19 crisis has continued to worsen at Seagoville FCI, medical treatment for other issues has suffered. Mr. Rodella's worsening pain caused him to begin a campaign to do something to help his situation. To date, the response from medical has been non-existant. (Exhibits S1 though S7)

In addition, as of mid-July, 2020, Dr. Matewere has been transferred elsewhere, and Mr. Rodella is concerned about the lack of response from health care and any continuity of treatment that will be lost.

Respectfully submitted on July 26, 2020, by:

Thomas R. Rodella, pro se
Reg. #78448-051
Federal Correctional Institution
Seagoville, TX 75159

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2020, I filed the foregoing supplement through U.S. Mail, properly addressed with prepaid first class postage attached, by placing a copy in the only remaining mailing system currently available at the prison which I am confined.

*Thomas R. Rodella*
Thomas R. Rodella, pro se
Reg.#78448-051

FROM: 78448051 RODELLA, THOMAS R
TO: Health Services
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 06/11/2020 05:53 PM

To: Mr. Brown
Inmate Work Assignment: Temporary Unit Orderly

Sir,

In December, I saw Dr. Mateware. One of my main concerns was the pain in my feet. Dr. Mateware ordered blood work done on me. A few days later, the blood specimens were drawn. Patiently I have been waiting to be on call-out to begin treatment/medication. As of yet, I have not been given an appointment.

The pain has increased in level and in area. Recently, I had a family member who is a physician review the results of the blood work. They shared with me that the results, in conjunction with my complaint, was indicative of Peripheral Neuropathy, which is similar to diabetic neuropathy.

For treatment it was recommended:
1.) Lyrica        approximately 100mg   taken twice a day
2.) Neurontin   approximately 800mg   taken twice a day
3.) Gabapentia quantity indefinite

The symptoms- needles and pins feeling in my feet has gotten worse, and is worst at night. It is having a severe impact not only with the amount of time that I am sleeping, but more so with the quality of that sleep. The are of numbness in my feet has moved up the calves of my legs. Please tell me what is needed of me so that I can begin to get relief. It has reached a point the pain is so severe it is debilitating. I find myself sitting all day in an effort to minimize the pain. Thank you.

Exhibit 31

FROM: 78448051 RODELLA, THOMAS R
TO: Health Services
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 06/24/2020 11:11 PM

To: Health Services Director
Inmate Work Assignment: Temporary Unit Orderly

Dear Director,

    For nearly 2 years, I have been trying to obtain medical attention for one of my health issues. The balls of my feet hurt, they feel as if needles and pins are being poked into my feet. As time has passed, the level of pain has increased, as has the area. I now sense numbness moving up the calf of my leg (both legs).
    In December 2019, I saw Dr. Mateware for the second time in 2 years, with this health issue as one of my chief complaints. This time, the Dr. ordered testing done. I have been patient, especially in light of COVID-19, but my pain and my concern continue to grow. The results of the testing show several health issues at play.
    Prior to this, I had sought my medical records. It was after my second effort of reaching out to health services, that Mr. Brown e-mailed me back and provided me copies of my medical reports. It was because of this that I e-mailed Mr. Brown on June 11, 2020, asking him for medical assistance. Because I haven't heard back, I decided to reach out to you.
    As I stated earlier, for approximately 2 years, I have sought medial attention for this health issue. And I have not received any medication or treatment. Again, because of COVID-19, I have tried to accommodate the medical staff, but because of the level of pain, I can no longer wait. I believe that irreparable nerve damage is occurring. There are times when I can't stand for long or walk short distances. My feet are constantly swollen and the deformity of my toes is becoming more pronounced, and the pain is especially intense at night.
    I am respectfully asking you to intervene on my behalf so I can receive the medication and treatment I require. Thank you.

EXHIBIT S2

TRULINCS 78448051 - RODELLA, THOMAS R - Unit: SEA-A-A

---

FROM: 78448051 RODELLA, THOMAS R
TO: Warden
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 06/26/2020 02:38 PM

To: Madam Warden Zook
Inmate Work Assignment: Temporary Unit Orderly

Maam,

I am assigned to the bottom dayroom in unit A5. Within 24 hours, approximately 28 inmates have been taken from this unit. Presumably for quarantine. Of those 28, 5 were taken from our dayroom. Minimally 1 has tested positive for covid-19. I have questioned several staff members regarding the linen of those that were taken out with high temperatures. Everyone has said they will send someone to strip the beds or that they will comeback later to get it done. Over 24 hours later, the linen is still on the beds. I can't imagine that the linen still being on the beds can be healthy for anyone. In fact, yesterday I asked Mr. Aguirre if no one was going to clean those bunks up, if it was ok if we stripped them. He advised that someone from the infectious center would take care it. It was clear to me that someone understood the situation the linen created. Since we haven't been able to get anyone to address the matter, I was hoping you might see the unhealthy situation this is creating. At a time when covid-19 is in the compound, we should be working together.

Thank you for your time.

EXHIBIT S3

TRULINCS 78448051 - RODELLA, THOMAS R - Unit: SEA-A-A

----------------------------------------------------------------------------------------------------

FROM: 78448051 RODELLA, THOMAS R
TO: Health Services
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 06/29/2020 07:34 AM

To: Health Services Director
Inmate Work Assignment: Temporary Unit Orderly

Director,

As instructed by you, I presented myself to the medical technician at pill line this morning. She stated that she felt she was already working outside of her authority, and that she was not going to do an evaluation. I turn to you for further direction and disposition. On a side note, I couldn't sleep last night because of the pain and discomfort on my feet. I await your response. Again, thank you.

EXHIBIT 54

TRULINCS 78448051 - RODELLA, THOMAS R - Unit: SEA-A-A

---

FROM: 78448051 RODELLA, THOMAS R
TO: Health Services
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 07/03/2020 06:46 AM

To: Director
Inmate Work Assignment: Temporary Unit Orderly

Director,

   I realize your probably busy with all that is going on, however I wanted to remind you that I have yet to be scheduled for evaluation. In addition to everything else, the pain on my feet has rendered me bedridden most times. Please let me know when I can be evaluated. I really don't know how much more of this I can take. Thank you for your time.

EXHIBIT 55

FROM: 78448051 RODELLA, THOMAS R
TO: Health Services
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 07/11/2020 07:13 AM

To: Director Health Services
Inmate Work Assignment: Temporary Unit Orderly

Director,

   ON July 03, I sent you an e-mail, requesting a medical evaluation. I haven't heard from you so I'm not sure if you received my e-mail or not. In December of 2019, after a Doctor appointment, I was ordered to do lab work. Since then, I have tried to get an evaluation so that I can begin medications/treatment. Would you please advice me how to proceed? Because of the pain to my feet, I hope an evaluation can soon be done. Thank you.

EXHIBIT S6

TRULINCS 78448051 - RODELLA, THOMAS R - Unit: SEA-A-A

---

FROM: 78448051 RODELLA, THOMAS R
TO: Health Services
SUBJECT: ***Request to Staff*** RODELLA, THOMAS, Reg# 78448051, SEA-A-A
DATE: 07/16/2020 10:03 AM

To: Director Health Services
Inmate Work Assignment: Temporary Unit Orderly

Director,

   I checked my e-mail and saw I didn't have a message from you. I wanted to see if you were able to schedule an evaluation for me. I have had some relief on the pain on my feet through the use of Tylenol which I am taking for aches and pains associated with COVID-19, however Tylenol clearly is not the proper medication for this health issue . In addition to medications, I may be in need of therapy. Please let me know of your efforts. Thank you for your time.

EXHIBIT S7



Name Thomas R. Padilla
Reg # 78448-051
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 9000
Seagoville, TX 75159-9000

U.S. District Court
District of N.M.
333 Lomas Blvd NW
Ste 270
Albuquerque, NM 87102

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 31 2020

MITCHELL R. ELFERS
CLERK