UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

Thomas Rodella,

                Defendant.

No.: 14-cr-2783 (JB)

## ORDER TO CONTINUE MOTION HEARING

**IT IS HEREBY ORDERED** that the motion hearing scheduled for October 14, 2020 is vacated and rescheduled for January 14, 2021 at 8:30 a.m.

_____
UNITED STATES JUDGE