IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Cause No. 14-CR-2783-JB |
| THOMAS R. RODELLA, | § § § | |
| Defendant. | § | |

## MOTION TO APPOINT CJA COUNSEL

Pursuant to Administrative Order, 22-MC-4-12, the Federal Public Defender has reviewed Mr. Rodella's case and determined that *Borden v. United States*, 141 S.Ct. 1817 (2021) may give him grounds for post-conviction relief. Undersigned counsel therefore asks this Court to appoint counsel under 18 U.S.C. § 3006A(a)(1) and (c) to represent Mr. Rodella so that he may pursue such relief. According to this Court's docket, Wayne Baker was previously appointed as Mr. Rodella's counsel. Mr. Baker informed counsel he can continue his representation of Mr. Rodella. The undersigned appears for the sole purpose of filing this motion.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
111 Lomas NW, Suite 501
Albuquerque, NM 87102
(505) 346-2489
kurt_mayer@fd.org

*[Electronically filed on March 7, 2022]*
Kurt Mayer