IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

APR 1 8 2022

MITCHELL R. ELFERS
CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THOMAS RODELLA,

    Defendant.

No. CR 14-2783 JB

### AMENDED ORDER APPOINTING COUNSEL

THIS MATTER came before the Court on the motion of the Federal Public Defender, pursuant to Administrative Order 22-MC-4-12, to appoint counsel. The Court, having considered the premises, concludes the Motion is well-taken and shall be GRANTED.

Therefore, it is ordered that Wayne Baker be appointed to represent the defendant to pursue his post-conviction request for relief.

_____
UNITED STATES DISTRICT JUDGE