FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 13 2024

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                                                 No. CR 14-2783 JB

THOMAS RODELLA,

Defendant.

## ORDER GRANTING EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER having come before the Court on the motion of Mr. Rodella (Doc. 148), it appearing that the government and United States Probation Office do not object to the granting of this motion; the Court being advised in the circumstances of this matter; it appearing that good grounds exist for the granting of this motion; the motion is well taken and should be granted;

IT IS THEREFORE ORDERED that the remainder of the term of supervised release imposed in this matter is terminated.

_____
UNITED STATES DISTRICT JUDGE